Taylor PAULK

v.

Rachel Davis PAULK

2130677

Court of Civil Appeals of Alabama.

01/23/2015

Affirmed

GENTIVA HEALTH SERVS., INC.

v.

STATE HEALTH PLANNING & DEV.
AGENCY and Saad Heathcare
Servs. of St. Clair Cty.

2130695

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

Paul OTT

v.

Tina OTT

2130696

Court of Civil Appeals of Alabama.

01/30/2015

Affirmed

Winfred M. JULY

v.

MOBILE AREA WATER
& SEWER SYS.

2130704

Court of Civil Appeals of Alabama.

01/09/2015

Reh. denied

Larry GRIFFITH

v.

Peggy CLOYD

2130706

Court of Civil Appeals of Alabama.

03/13/2015

Affirmed